UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE ROBERT STRAHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:21-CV-28-SNLJ |
| | ) |
| GREGORY FIBBS, et al., | ) |
| | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

Defendant moves for an extension of time under Federal Rule of Civil Procedure 4(m) to serve defendant Gregory Fibbs. [Doc. 34.] In its previous order [Doc. 33], this Court granted plaintiff an additional forty-five (45) days to serve defendant; service is to be completed by December 15, 2022. Plaintiff already has his extension of time. If Plaintiff needs any further time to have defendant personally served at his last-known place of employment, then plaintiff may file another motion explaining the reason for any additional delay, but only if plaintiff still has not served defendant by the December 15 deadline. Until the deadline for extended service approaches, plaintiff will not be granted another extension of time to serve defendant.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for extension of time to serve defendant [Doc. 34.] is **DENIED**

Dated this 4th day of November, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE