UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| GEORGE ROBERT STRAHAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:21-CV-28-SNLJ |
| GREGORY PHIBBS, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Plaintiff filed a motion for an extension of time to serve defendant [Doc. 37.]  Per this Court's prior order, defendant was supposed to be served by December 15, 2022. [Doc. 33.]  Defendant Phibbs (whose name plaintiff erroneously spelled as "Fibbs") was personally served on December 19, 2022.  The Court will consider that service timely, and it will have the service docketed as such.  Accordingly, plaintiff's motion is denied as moot.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's service of process on defendant Phibbs be docketed as timely served.

**IT IS FURTHER ORDERED** that plaintiff's motion for an extension of time [Doc. 37] be denied as moot.

**IT IS FINALLY ORDERED** that the caption heading in this case be corrected to Strahan v. Phibbs, and that defendant's name be corrected from "Fibbs" to "Phibbs."

Dated this 21st day of December, 2022.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE